AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 399 HEALTH & WELFARE TRUST et al.<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-6523 |
| BOOK AND LADDER LLC<br>*Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Book and Ladder LLC
c/o InCorp Services, Inc. (Registered Agent)
5716 Corsa Avenue, Suite 110
Westlake Village, CA 91362

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William M. Blumthal, Jr.
Johnson & Krol, LLC
141 W. Jackson Boulevard, Suite 2055
Chicago, IL 60604
(312) 757-5477 I blumthal@johnsonkrol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*




THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

Date: June 3, 2026

Civil Action No. 26-cv-6523

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 26-cv-6523**

---

**International Union of Operating Engineers Local 399 Health & Welfare Trust, et al**

Plaintiff

**vs.**

**Book And Ladder LLC**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Exhibit(s)**

PARTY SERVED: **BOOK AND LADDER LLC C/O INCORP SERVICES, INC.**

PERSON SERVED: **STEVEN PICKETT, AGENT**

METHOD OF SERVICE: **Corporate** - By delivering a true copy with the person identified above, who is authorized to accept or apparently in charge thereof. I informed said person of the contents therein.

DATE & TIME OF DELIVERY: **6/4/2026 at 4:10 PM**

ADDRESS, CITY AND STATE: **5716 CORSA AVE., STE 110, WESTLAKE VILLAGE, CA 91362**

Race: **White** Sex: **Male** Age: **45**
Height: **6'2"** Weight: **190** Hair: **Brown** Glasses: **No**

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 6/8/2026.

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Jeffrey Berke

Jeffrey Berke
Registration No: RPS 414

---

CLIENT: **Johnson & Krol, LLC**
FILE #:

Job #: **687404**