**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 399 HEALTH & WELFARE TRUST *et al.*, | ) | CASE NO.: 26-cv-6523 |
| Plaintiffs, | ) | JUDGE: MANISH S. SHAH |
| vs. | ) | MAGISTRATE JUDGE: HEATHER K. MCSHAIN |
| BOOK AND LADDER LLC, a California limited liability company, | ) | |
| Defendant. | ) | |

**DEFAULT JUDGMENT ORDER**

This matter coming before the Court on Plaintiffs' Motion for Default Judgment, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED:**

1. Judgment is hereby entered in favor of the Plaintiffs, the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 399 HEALTH & WELFARE TRUST ("WELFARE FUND") and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 399 EDUCATIONAL TRAINING FUND ("ETF")*,* and against the Defendant BOOK AND LADDER LLC, in the aggregate amount of $53,713.33, which is itemized as follows:

   A. $38,267.88 in unpaid contributions owed to the WELFARE FUND for work performed by its employees during the months of March 2025 through August 2025;

   B. $3,826.51 for liquidated damages resulting from its nonpayment of contributions to the WELFARE FUND for the months of March 2025 through August 2025;

   C. $5,312.00 in unpaid annual contributions owed to the ETF for its active, full-time

employees as of June 1, 2025

D. $531.20 for liquidated damages resulting from its nonpayment of annual contributions to the ETF for its active, full-time employees as of June 1, 2025; and

E. $5,755.74 in reasonable attorneys' fees and costs incurred by Plaintiffs pursuant to the CBA, Trust Agreements, and 29 U.S.C. § 1132(g)(2)(E).

2. Plaintiffs have such other and further relief as the Court may deem just and equitable all at the cost of Defendants pursuant to 29 U.S.C. § 1132(g)(2)(E).

ENTERED:

MANISH S. SHAH
United States District Judge

Date: August 19, 2026